ACCO,(JDEx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:20−mc−00127−JLS−JDE

| | |
|---|---|
| HMD Global Oy v. Acacia Research Corporation | Date Filed: 12/21/2020 |
| Assigned to: Judge Josephine L. Staton | Date Terminated: 01/26/2021 |
| Referred to: Magistrate Judge John D. Early | Jury Demand: None |
| Cause: Civil Miscellaneous Case | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Movant**

**HMD Global Oy**     represented by     **Jennifer A Kash**
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, CA 94114−1600
415−895−2940
Fax: 415−895−2964
Email: jen@warrenlex.com
*ATTORNEY TO BE NOTICED*

**Maissa Chouraki**
Warren Lex LLP
2261 Market Street No 606
San Francisco, CA 94114
415−895−2940
Fax: 415−895−2964
Email: maissa@warrenlex.com
*ATTORNEY TO BE NOTICED*

**Matthew S Warren**
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, CA 94114−1600
415−895−2940
Fax: 415−895−2964
Email: matt@warrenlex.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Acacia Research Corporation**     represented by     **Stephanie Renee Wood**
Bragalone Conroy PC
2200 Ross Avenue Suite 4500W
Dallas, TX 75201
214−785−6670
Fax: 214−785−6680
Email: swood@bcpc−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben M Davidson**
Davidson Law Group ALC
4500 Park Granada Boulevard Suite 202
Calabasas, CA 91302
818–918–4622
Fax: 310–473–2941
Email: ben@dlgla.com
*ATTORNEY TO BE NOTICED*

**Craig S Hubble**
Davidson Law Group ALC
4500 Park Granada Boulevard Suite 202
Calabasas, CA 91302
818–918–4622
Fax: 310–473–2941
Email: craig@dlgla.com
*ATTORNEY TO BE NOTICED*

**Jeffrey R Bragalone**
Bragalone Conroy PC
Chase Tower 2200 Ross Avenue Suite 4500W
Dallas, TX 75201
214–785–6670
Fax: 214–785–6680
Email: jbragalone@bcpc–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2020 | Ï 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT with filing fee previously paid (49.00 paid on 12/21/2020, receipt number 29625502), filed by movant HMD Global Oy. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Maissa Chouraki, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF, # 35 Exhibit GG, # 36 Exhibit HH, # 37 Exhibit II, # 38 Exhibit JJ, # 39 Exhibit KK, # 40 Proposed Order Granting Motion) (Attorney Matthew S Warren added to party HMD Global Oy(pty:mov))(Warren, Matthew) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 2 | APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal filed by Movant HMD Global Oy. (Attachments: # 1 Exhibit A to Application, # 2 Proposed Order Granting Application, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit R, # 15 Exhibit S, # 16 Exhibit T, # 17 Exhibit W, # 18 Exhibit X, # 19 Exhibit Y, # 20 Exhibit Z, # 21 Exhibit FF, # 22 Exhibit GG, # 23 Exhibit HH, # 24 Exhibit II, # 25 Exhibit JJ, # 26 Exhibit KK)(Warren, Matthew) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 3 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Movant HMD Global Oy. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # |

| | | |
|---|---|---|
| | | 10 Exhibit I, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit R, # 14 Exhibit S, # 15 Exhibit T, # 16 Exhibit W, # 17 Exhibit X, # 18 Exhibit Y, # 19 Exhibit Z, # 20 Exhibit FF, # 21 Exhibit GG, # 22 Exhibit HH, # 23 Exhibit II, # 24 Exhibit JJ, # 25 Exhibit KK)(Warren, Matthew) (Entered: 12/21/2020) |
| 12/21/2020 | 4 | CIVIL COVER SHEET filed by Movant HMD Global Oy. (Warren, Matthew) (Entered: 12/21/2020) |
| 12/21/2020 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Movant HMD Global Oy (Warren, Matthew) (Entered: 12/21/2020) |
| 12/21/2020 | 6 | NOTICE of Appearance filed by attorney Jennifer A Kash on behalf of Movant HMD Global Oy (Attorney Jennifer A Kash added to party HMD Global Oy(pty:mov))(Kash, Jennifer) (Entered: 12/21/2020) |
| 12/21/2020 | 7 | PROOF OF SERVICE filed by movant HMD Global Oy, re Corporate Disclosure Statement 5 , Civil Cover Sheet (CV–71) 4 , APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 , MISC – Motion Related to Subpoena from Another District,,,, 1 , Sealed Declaration in SupportDeclaration,, 3 served on 12/21/2020. (Attachments: # 1 Exhibit A)(Chouraki, Maissa) (Entered: 12/21/2020) |
| 12/22/2020 | 8 | NOTICE of Appearance filed by attorney Maissa Chouraki on behalf of Movant HMD Global Oy (Attorney Maissa Chouraki added to party HMD Global Oy(pty:mov))(Chouraki, Maissa) (Entered: 12/22/2020) |
| 12/22/2020 | 9 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge John D. Early. (esa) (Entered: 12/22/2020) |
| 12/22/2020 | 10 | NOTICE OF HEARING on Notice of Motion and Motion to Compel Production of Documents from Acacia Research Corporation by Clerk of Court. Counsel is hereby notified that the MISC – Motion Related to Subpoena from Another District,,,, 1 is set for hearing. Discovery Hearing set for 1/21/2021 10:00 AM before Magistrate Judge John D. Early. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (esa) TEXT ONLY ENTRY (Entered: 12/22/2020) |
| 12/22/2020 | 11 | PROOF OF SERVICE filed by movant HMD Global Oy, re Notice of Appearance 6 , Notice of Appearance 8 served on 12/22/2020. (Chouraki, Maissa) (Entered: 12/22/2020) |
| 12/22/2020 | 12 | NOTICE OF HEARING re APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Movant HMD Global Oy. (Warren, Matthew) (Entered: 12/22/2020) |
| 12/29/2020 | 13 | EX PARTE APPLICATION for Order for Clarification of this Court's Sealing Procedures filed by movant HMD Global Oy. (Attachments: # 1 Memorandum in Support of Application, # 2 Declaration of Matthew S. Warren, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Proposed Order Granting Application) (Warren, Matthew) (Entered: 12/29/2020) |
| 12/29/2020 | 14 | PROOF OF SERVICE filed by movant HMD Global Oy, re EX PARTE APPLICATION for Order for Clarification of this Court's Sealing Procedures 13 served on 12/29/2020. (Warren, Matthew) (Entered: 12/29/2020) |
| 12/30/2020 | 15 | Notice of Withdrawal of Motion for Order, 13 filed by movant HMD Global Oy. (Attachments: # 1 Declaration of Matthew S. Warren, # 2 Exhibit A, # 3 Exhibit B)(Warren, Matthew) (Entered: 12/30/2020) |
| 12/30/2020 | 16 | PROOF OF SERVICE filed by movant HMD Global Oy, re Notice of Withdrawal 15 served on 12/30/2020. (Warren, Matthew) (Entered: 12/30/2020) |
| 12/31/2020 | 17 | |

| | | |
|---|---|---|
| | | DECLARATION of Eric Lucas in support of APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation. (Attorney Ben M Davidson added to party Acacia Research Corporation(pty:res))(Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 18 | Text Only Entry re Declaration Motion related 17 . The Court orders the Declaration 17 and attachments sealed from public view. Said documents shall remain sealed until 5:00 p.m. on Tuesday, January 5, 2021. Filing counsel is required to file a proper sealing application and proposed order prior to that date and time. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ts) TEXT ONLY ENTRY Modified on 12/31/2020 (ts). (Entered: 12/31/2020) |
| 12/31/2020 | 19 | MEMORANDUM in Opposition to APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation. (Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 20 | DECLARATION of MARC BOOTH IN OPPOSITION TO APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation. (Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 21 | DECLARATION of ERIC LUCAS IN OPPOSITION TO APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation. (Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 22 | APPLICATION to file document */Memorandum of Law in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation, Declaration of Marc Booth and Declaration of Eric Lucas* under seal filed by Respondent Acacia Research Corporation. (Attachments: # 1 Proposed Order (Proposed) Order Granting Application to file Unredacted Versions Under Seal, # 2 Redacted Document Memorandum of Law in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corp., # 3 Redacted Document Declaration of Marc Booth, # 4 Redacted Document Declaration of Eric Lucas)(Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 23 | NOTICE of Appearance filed by attorney Stephanie Renee Wood on behalf of Respondent Acacia Research Corporation (Attorney Stephanie Renee Wood added to party Acacia Research Corporation(pty:res))(Wood, Stephanie) (Entered: 12/31/2020) |
| 12/31/2020 | 24 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document */Memorandum of Law in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation, Declaration of Marc Booth and Declaration of Eric Lucas* under seal 22 filed by Respondent Acacia Research Corporation. (Attachments: # 1 Exhibit A – Unredacted Memorandum of Law in Opposition to Motion to Compel, # 2 Exhibit B – Unredacted Declaration of Eric Lucas, # 3 Exhibit C – Unredacted Declaration of Marc Booth, # 4 Declaration of Eric Lucas in Support of Acacia Research Corporation's Application for Leave to file Under Seal)(Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 25 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Texas filed by Movant Acacia Research Corporation. (Attachments: # 1 Memorandum MEMORANDUM OF LAW IN SUPPORT OF MOTION BY ACACIA RESEARCH CORPORATION TO TRANSFER HMD GLOBAL OYS MOTION TO COMPEL UNDER RULE 45(F), # 2 Proposed Order PROPOSED ORDER) (Wood, Stephanie) (Entered: 12/31/2020) |
| 12/31/2020 | 26 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation.(Davidson, Ben) (Entered: 12/31/2020) |
| 12/31/2020 | 27 | |

| | | |
|---|---|---|
| | | EX PARTE APPLICATION for Leave to file Declaration In Support of HMD Global Oy Application To File Documents Under Seal filed by Respondent Acacia Research Corporation. (Attachments: # 1 Memorandum In Support of Unopposed Ex Parte Application For Leave To File Declaration In Support of HMD Global Oy Application To File Under Seal, # 2 Proposed Order In Support of Unopposed Ex Parte Application For Leave To File Declaration In Support of HMD Global Oy Application To File Under Seal) (Davidson, Ben) (Entered: 12/31/2020) |
| 01/01/2021 | 28 | NOTICE of Interested Parties filed by Respondent Acacia Research Corporation, (Davidson, Ben) (Entered: 01/01/2021) |
| 01/04/2021 | 29 | MINUTE (IN CHAMBERS) Order re Briefing on Request to Transfer 25 by Magistrate Judge John D. Early. The Court orders Movant to file its position with respect to the Request to Transfer by January 5, 2021. (see document for further details) (hr) (Entered: 01/04/2021) |
| 01/04/2021 | 30 | Amendment to APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 *Redacted Memorandum in Support of Motion* filed by Movant HMD Global Oy. (Warren, Matthew) (Entered: 01/04/2021) |
| 01/05/2021 | 31 | EX PARTE APPLICATION for Order for Removal of Incorrectly Filed Document: Docket No. 17 filed by Respondent Acacia Research Corporation. (Attachments: # 1 Redacted Document, # 2 Proposed Order) (Davidson, Ben) (Entered: 01/05/2021) |
| 01/05/2021 | 32 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 filed by Respondent Acacia Research Corporation.(Davidson, Ben) (Entered: 01/05/2021) |
| 01/05/2021 | 33 | REPLY support *of Motion By HMD Global to Compel Production of Documents from Acacia Research Corporation* filed by Movant HMD Global Oy. (Attachments: # 1 Declaration in Support of Reply, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Declaration E, # 7 Exhibit F)(Warren, Matthew) (Entered: 01/05/2021) |
| 01/05/2021 | 34 | APPLICATION to file document *Reply in Support of Motion to Compel* under seal filed by Movant HMD Global Oy. (Attachments: # 1 Reply in Support of Motion, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order Granting Application to Seal)(Warren, Matthew) (Entered: 01/05/2021) |
| 01/05/2021 | 35 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Reply in Support of Motion to Compel* under seal 34 filed by Movant HMD Global Oy. (Attachments: # 1 Reply in Support of Motion to Compel, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Warren, Matthew) (Entered: 01/05/2021) |
| 01/05/2021 | 36 | OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Texas 25 filed by Movant HMD Global Oy. (Warren, Matthew) (Entered: 01/05/2021) |
| 01/06/2021 | 37 | PROOF OF SERVICE filed by movant HMD Global Oy, re Sealed Declaration in SupportDeclaration, 35 served on 01/05/2021. (Chouraki, Maissa) (Entered: 01/06/2021) |
| 01/07/2021 | 38 | APPLICATION of Non−Resident Attorney Jeffrey R. Bragalone to Appear Pro Hac Vice on behalf of Respondent Acacia Research Corporation (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−29922118) filed by Respondent Acacia Research Corporation. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order) (Davidson, Ben) (Entered: 01/07/2021) |
| 01/08/2021 | 39 | ORDER by Judge Josephine L. Staton granting 38 Non−Resident Attorney Jeffrey R Bragalone APPLICATION to Appear Pro Hac Vice on behalf of Respondent Acacia Research Corporation, designating Ben M Davidson as local counsel. (jp) (Entered: 01/11/2021) |
| 01/12/2021 | 40 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Reply in Support of Motion to Compel* under seal 34 filed by Respondent Acacia Research Corporation.(Davidson, |

| | | |
|---|---|---|
| | | Ben) (Entered: 01/12/2021) |
| 01/13/2021 | 41 | Amendment to APPLICATION to file document *Reply in Support of Motion to Compel* under seal 34 filed by Movant HMD Global Oy. (Warren, Matthew) (Entered: 01/13/2021) |
| 01/18/2021 | 42 | Notice of Appearance or Withdrawal of Counsel: for attorney Craig S Hubble counsel for Respondent Acacia Research Corporation. Adding Craig S. Hubble as counsel of record for Acacia Research Corporation for the reason indicated in the G-123 Notice. Filed by Respondent Acacia Research Corporation. (Attorney Craig S Hubble added to party Acacia Research Corporation(pty:res))(Hubble, Craig) (Entered: 01/18/2021) |
| 01/19/2021 | 43 | SUPPLEMENT to APPLICATION to file document *Motion to Compel Production of Documents from Acacia Research Corporation* under seal 2 *Notice of Subsequent Authority Regarding Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation* filed by Movant HMD Global Oy. (Attachments: # 1 Declaration in Support of Notice, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Warren, Matthew) (Entered: 01/19/2021) |
| 01/20/2021 | 44 | NOTICE OF MOTION AND MOTION to Strike Docket No. 43 filed by Respondent Acacia Research Corporation. (Attachments: # 1 Proposed Order) (Wood, Stephanie) (Entered: 01/20/2021) |
| 01/21/2021 | 45 | MINUTE (IN CHAMBERS) Order re Sealing Request and Motions to Strike 2 , 22 , 27 , 31 , 34 , 44 by Magistrate Judge John D. Early. The Court, finding good cause has been shown, ORDERS that all requests to file documents under seal (Dkt. 2, 22, 27, 34) are GRANTED and the parties shall file such documents as directed by the Local Rules. The Court finds good cause to continue the sealing of Dkt. 17 but not for its removal from the docket. As a result, Dkt. 31 DENIED. Respondent's motion to strike, Dkt. 44, is DENIED. (see document for further details) (hr) (Entered: 01/21/2021) |
| 01/21/2021 | 46 | MINUTES OF Hearing re Motion re Subpoena 1 and Motion to Transfer 25 held before Magistrate Judge John D. Early. The Court states its tentative ruling regarding the Motion to Transfer [Dkt. 25] and hears argument focusing on the Motion to Transfer [Dkt. 25]. Following argument, the Motions [Dkt. 1, 25] stand submitted. No further briefing is authorized without prior order of the Court. Court Recorder: CS 01/21/21. (hr) (Entered: 01/21/2021) |
| 01/21/2021 | 47 | SEALED OPPOSITION RE MISC – Motion Related to Subpoena from Another District,,,, 1 , Order on Motion for Order,,, Order on Motion for Leave to File Document Under Seal,,, Order on Motion to Strike,,,,,,,,,,, 45 filed by Respondent Acacia Research Corporation. (Attachments: # 1 Declaration of Mark Booth In Opposition to HMD Global's Motion To Compel Production of Documents From Acacia Research Corporation, # 2 Declaration of Eric Lucas In Opposition to HMD Global's Motion To Compel Production of Documents From Acacia Research Corporation)(Davidson, Ben) (Entered: 01/21/2021) |
| 01/22/2021 | 48 | SEALED NOTICE OF MOTION AND MOTION *Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation* re Order on Motion for Order,,, Order on Motion for Leave to File Document Under Seal,,, Order on Motion to Strike,,,,,,,,,,, 45 filed by Movant HMD Global Oy. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit K, # 11 Exhibit L, # 12 Exhibit R, # 13 Exhibit S, # 14 Exhibit T, # 15 Exhibit W, # 16 Exhibit X, # 17 Exhibit Y, # 18 Exhibit Z, # 19 Exhibit FF, # 20 Exhibit GG, # 21 Exhibit HH, # 22 Exhibit II, # 23 Exhibit JJ, # 24 Exhibit KK)(Warren, Matthew) (Entered: 01/22/2021) |
| 01/22/2021 | 49 | SEALED REPLY RE MISC – Motion Related to Subpoena from Another District,,,, 1 , Order on Motion for Order,,, Order on Motion for Leave to File Document Under Seal,,, Order on Motion to Strike,,,,,,,,,,, 45 filed by Movant HMD Global Oy. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Warren, Matthew) (Entered: 01/22/2021) |

| | | |
|---|---|---|
| 01/22/2021 | 50 | PROOF OF SERVICE filed by movant HMD Global Oy, re SEALED NOTICE OF MOTION AND MOTION *Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation* re Order on Motion for Order,,, Order on Motion for Leave to File Document Under Sea 48 , Sealed Reply, 49 served on 01/22/2021. (Chouraki, Maissa) (Entered: 01/22/2021) |
| 01/26/2021 | 51 | ORDER GRANTING RESPONDENT'S REQUEST TO TRANSFER 25 by Judge Josephine L. Staton. The Clerk is directed to transfer Movant's Motion toCompel to the United States District Court for the Eastern District of Texas for determination in connection with the underlying litigation in CCE v. HMDGlobal Oy, Case No. 2:20−cv−00078−JRG (E.D. Tex.). (see document for further details). Case transferred to the Eastern District of Texas. Original file, certified copy of transfer order and docket sheet sent electronically. MD JS−6. Case Terminated. (hr) (Entered: 01/27/2021) |