# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HMD GLOBAL OY<br><br>　　　　　Movant<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>　　　　　Respondent | 2:21-MC-00002-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff HMD GLOBAL OY hereby notifies the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf.  In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under F ED. R. C IV. P. 5 be served on him at the above address and contact information.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Deron R. Dacus*
　　　　　　　　　　　　　　　　　　Deron R. Dacus
　　　　　　　　　　　　　　　　　　Texas Bar No. 00790553
　　　　　　　　　　　　　　　　　　THE DACUS FIRM, P.C.
　　　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
　　　　　　　　　　　　　　　　　　Tyler, Texas 75701
　　　　　　　　　　　　　　　　　　903-705-1117 (phone)
　　　　　　　　　　　　　　　　　　903-581-2543 (fax)
　　　　　　　　　　　　　　　　　　E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of January, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus