# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HMD GLOBAL OY, | § § § | |
| Movant, | § § | C.A. No. 2:21-mc-00002-JRG |
| v. | § § | |
| ACACIA RESEARCH CORPORATION, | § § | |
| Respondent. | § § § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Acacia Research Group and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Jeffrey R. Bragalone
> Texas Bar No. 02855775
> Bragalone Conroy PC
> 2200 Ross Avenue
> Suite 4500W
> Dallas, TX 75201
> Tel: (214) 785-6670
> Fax: (214) 785-6680
> jbragalone@bcpc-law.com

Dated: January 29, 2021

Respectfully submitted,

*/s/Jeffrey R. Bragalone*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com

**ATTORNEYS FOR RESPONDENT**
**ACACIA RESEARCH CORPORATION**