## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **HMD GLOBAL OY,** § § | |
| Movant, § § | |
| § | C.A. No. 2:21-mc-00002-JRG |
| v. § § | |
| **ACACIA RESEARCH CORPORATION,** § § | |
| Respondent. § § | |

### ORDER [PROPOSED] GRANTING THE PARTIES' JOINT MOTION
### TO STAY ALL DEADLINES

Before the Court is the Joint Motion to Stay All Deadlines (the "Motion") filed by Movant HMD Global Oy ("HMD Global") and Respondent, Acacia Research Corporation ("ARC") (collectively, the "Parties"). In the Motion, the Parties note that the parties in the underlying matter, *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 2:20-CV-78-JRG (E.D. Texas), have contemporaneously filed a Joint Motion to Stay All Deadlines and Notice of Settlement, and the Parties in this matter request in their Motion that the Court stay all deadlines in this matter for thirty (30) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is GRANTED. Accordingly, all deadlines are ORDERED stayed for thirty (30) days from the date of this Order, during which time appropriate dismissal papers (disposing of and finalizing all issues) shall be filed with the Court.