IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HMD GLOBAL OY, | § | |
| | § | |
| *Movant*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-MC-00002-JRG |
| | § | |
| ACACIA RESEARCH CORPORATION, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Before the Court is Movant HMD Global Oy ("HMD Global") and Respondent Acacia Research Corporation's ("ARC") (collectively, the "Parties") Joint Motion to Stay All Deadlines (the "Motion"). (Dkt. No. 55). In the Motion, the Parties inform the Court that a settlement in principle has been reached as to all matters in controversy in the underlying action, *Cellular Communications Equipment LLC v. HMD Global Oy*, No. 2:20-cv-00078-JRG (E.D. Tex.).[1] The Parties request a thirty (30) day stay of all deadlines in the above-captioned miscellaneous case to finalize a settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in the above-captioned matter are **STAYED** for **thirty (30) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.

---

[1] This miscellaneous case is a subpoena-related motion transferred from the Central District of California. Movant HMD sought to compel discovery from Respondent ARC, the corporate parent of the plaintiff in the underlying action, in ARC's home district. The District Court there transferred the motion to this Court. (*See* Dkt. No. 51).

**So ORDERED and SIGNED this 1st day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE