# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HMD GLOBAL OY,** | § | |
| | § | |
| Movant, | § | |
| | § | C.A. No. 2:21-mc-00002-JRG |
| v. | § | |
| | § | |
| **ACACIA RESEARCH CORPORATION,** | § | |
| | § | |
| Respondent. | § | |
| | § | |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

In the underlying case related to this miscellaneous matter, *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 2:20-CV-78-JRG (E.D. Texas), Movant HMD Global Oy ("HMD Global") and the Plaintiff in the underlying matter, Cellular Communications Equipment LLC ("CCE") have jointly filed a motion to extend the stay of all deadlines in order to facilitate the terms of their Settlement and Patent License Agreement. Accordingly, the parties to this matter, HMD Global and Respondent, Acacia Research Corporation ("ARC") (collectively, the "Parties"), respectfully submit this Joint Motion to Extend Stay of All Deadlines. The Parties would respectfully inform the Court as follows:

Based on the Joint Motion filed by HMD Global and CCE requesting an extension of the stay in the underlying case by fourteen (14) days, the Parties hereby request that the Court also extend the current stay in this miscellaneous matter for an additional fourteen (14) days. A proposed order is submitted herewith.

Dated: March 3, 2021    Respectfully submitted,

| /s/ *Jeffrey R. Bragalone* | /s/ *Deron R. Dacus* |
|---|---|
| Jeffrey R. Bragalone (lead attorney) | Deron R. Dacus |
| Texas Bar No. 02855775 | State Bar No. 00790553 |
| | **The Dacus Firm, P.C.** |
| **BRAGALONE OLEJKO SAAD PC** | 821 ESE Loop 323, Suite 430 |
| 2200 Ross Avenue | Tyler, TX 75701 |
| Suite 4500W | +1 (903) 705-1117 |
| Dallas, TX 75201 | +1 (903) 581-2543 facsimile |
| Tel: (214) 785-6670 | ddacus@dacusfirm.com |
| Fax: (214) 785-6680 | |
| jbragalone@bosfirm.com | Matthew S. Warren (California Bar No. 230565) |
| jtice@bosfirm.com | Jen Kash (California Bar No. 203679) |
| hpalmer@bosfirm.com | Erika Warren (California Bar No. 295570) |
| | **Warren Lex LLP** |
| **ATTORNEYS FOR RESPONDENT ACACIA RESEARCH CORPORATION** | 2261 Market Street, No. 606 |
| | San Francisco, California 94114 |
| | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| | 20-78@cases.warrenlex.com |
| | |
| | **ATTORNEYS FOR MOVANT HMD GLOBAL OY** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), (i), I certify that counsel for CCE conferred with counsel for HMD Global on March 1, 2021 via email exchanges and, as reflected in the body of the Motion, the Parties agree to the form and substance of the Motion, the Motion is unopposed, and the parties jointly submit it to the Court.

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2021.

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone
