# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HMD GLOBAL OY,** § § | |
| Movant, § § | |
| § | C.A. No. 2:21-mc-00002-JRG |
| v. § § | |
| **ACACIA RESEARCH CORPORATION,** § § | |
| Respondent. § § | |

## ORDER [PROPOSED] GRANTING THE PARTIES' JOINT MOTION TO EXTEND STAY

Before the Court is the Joint Motion to Extend Stay (the "Motion") filed by Movant HMD Global Oy ("HMD Global") and Respondent, Acacia Research Corporation ("ARC") (collectively, the "Parties"). In the Motion, the Parties note that the parties in the underlying matter, *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 2:20-CV-78-JRG (E.D. Texas), have contemporaneously filed a Joint Motion to Extend Stay of All Deadlines, and the Parties in this matter request in their Motion that the Court extend the stay of all deadlines in this matter for an additional fourteen (14) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is GRANTED. Accordingly, the current stay of all deadlines is ORDERED extended for an additional fourteen (14) days from the date of this Order, during which time appropriate dismissal papers (disposing of and finalizing all issues) shall be filed with the Court.