IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HMD GLOBAL OY, | § | |
| | § | |
| *Movant*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-MC-00002-JRG |
| | § | |
| ACACIA RESEARCH CORPORATION, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion"). (Dkt. No. 59). In the same, the parties jointly request a fourteen (14) day extension of the stay of all deadlines due to a "technological issue." (*See Cellular Communications Equipment LLC v. HMD Global Oy*, No. 2:20-cv-78-JRG, Dkt. No. 97). This is the second extension requested by the parties. (*See* Dkt. No. 58). Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the stay of all deadlines in the above-captioned matter is **EXTENDED** up to and including **April 2, 2021**, during which time appropriate dismissal papers shall be filed with the Court. Given the protracted period of time between notification of settlement and the present, it is **ORDERED** that lead and local counsel for the parties shall appear for an in-person status conference in Marshall, Texas on **Monday, April 5, 2021 at 12:00 p.m. CDT** if dismissal papers are not filed by April 2, 2021.

**So Ordered this**

**Mar 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE