# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HMD GLOBAL OY, § | |
| § | |
| Movant, § | |
| § | C.A. No. 2:21-mc-00002-JRG |
| v. § | |
| § | |
| ACACIA RESEARCH CORPORATION, § | |
| § | |
| Respondent. § | |
| § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the Joint Motion to Dismiss filed by Movant HMD Global Oy ("HMD Global") and Respondent Acacia Research Corporation ("ARC") and Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby,

**ORDERED** that all claims asserted by HMD Global against ARC in this action are hereby dismissed without prejudice, and that all claims asserted by ARC against HMD Global in this action are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further,

**ORDERED** that HMD Global and ARC shall bear their own costs, expenses and legal fees in this case.