## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HMD GLOBAL OY, | § | |
| | § | |
| *Movant*, | § | |
| | § | |
| v. | § | MISC. CASE NO. 2:21-MC-00002-JRG |
| | § | |
| ACACIA RESEARCH CORPORATION, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Before the Court is Movant HMD Global Oy ("HMD Global") and Respondent Acacia Research Corporation's ("ARC") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 61). In the same, ARC and HMD move to dismiss the claims asserted by ARC against HMD without prejudice and the claims asserted by HMD against ARC without prejudice. *See* Fed. R. Civ. P. 41(a)(2). Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all claims asserted by ARC against HMD are **DISMISSED WITHOUT PREJUDICE** and all claims asserted by HMD against ARC are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees, costs of court, and expenses. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement. All pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The clerk is directed to **CLOSE** the above-captioned miscellaneous case.

## So Ordered this

**Mar 30, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE